IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 12-1690 (GMS) ) |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST IP PHONE, LLC, and COMCAST BUSINESS COMMUNICATIONS, LLC, | ) **JURY TRIAL DEMANDED** ) ) ) ) ) ) |
| Defendants. | ) |

## RULE 7.1 STATEMENT OF COMCAST DEFENDANTS

Defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast IP Phone, LLC, and Comcast Business Communications, LLC, disclose the following:

1. Comcast Corporation is a publicly traded company that has no parent corporation. No publicly held corporation owns 10% or more of Comcast Corporation's stock.

2. Comcast Cable Communications, LLC is a wholly-owned indirect subsidiary of Comcast Corporation.

3. Comcast Cable Communications Management, LLC is a wholly-owned indirect subsidiary of Comcast Corporation.

4. Comcast IP Phone, LLC is a wholly-owned indirect subsidiary of Comcast Corporation.

5. Comcast Business Communications, LLC is a wholly-owned indirect subsidiary of Comcast Corporation.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael L. Brody<br>Ivan Poullaos<br>Winston & Strawn LLP<br>35 West Wacker Dr.<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br><br>Krishnan Padmanabhan<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-6700<br><br>February 5, 2013<br>6988095 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jack B. Blumenfeld*<br><br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Paul Saindon (#5110)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>psaindon@mnat.com<br><br>*Attorneys for Defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast IP Phone, LLC, and Comcast Business Communications, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 5, 2013, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 | *VIA ELECTRONIC MAIL* |
| Karen J. Bromberg, Esquire<br>Francisco A. Villegas, Esquire<br>Damir Cefo, Esquire<br>COHEN & GRESSER LLP<br>800 Third Avenue<br>New York, NY 10022 | *VIA ELECTRONIC MAIL* |

Jack B. Blumenfeld (#1014)