IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1690 (GMS) |
| | ) |
| COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST IP PHONE, LLC, and COMCAST BUSINESS COMMUNICATIONS, LLC, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael L. Brody, Ivan Poullaos and Krishnan Padmanabhan of Winston & Strawn LLP to represent defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast IP Phone, LLC, and Comcast Business Communications, LLC in the above-captioned matter.

In accordance with Standing Order for District Court Fund effective July 23, 2009, movant states that the annual fee of $25.00 per attorney, if not previously paid, will be submitted to the Clerk's Office with this motion.

                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                          */s/ Paul Saindon*
                          Jack B. Blumenfeld (#1014)
                          Rodger D. Smith II (#3778)
                          Paul Saindon (#5110)
                          1201 North Market Street
                          P.O. Box 1347
                          Wilmington, DE 19899
                          (302) 658-9200
                          jblumenfeld@mnat.com
                          rsmith@mnat.com
                          psaindon@mnat.com
                             *Attorneys for Defendants Comcast Corporation, Comcast Cable Communications, LLC, Comcast Cable Communications Management, LLC, Comcast IP Phone, LLC, and Comcast Business Communications, LLC*

OF COUNSEL:

Michael L. Brody
Ivan M. Poullaos
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL 60601
(312) 558-5600

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

February 11, 2013
6993931

       SO ORDERED this ___ day of _____, 2013.

                                       _____
                                       CHIEF, UNITED STATES DISTRICT JUDGE

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I, Michael L. Brody, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: FEBRUARY 11, 2013

Michael L. Brody
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL 60601
Tel: (312) 558-5600
mbrody@winston.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Ivan M. Poullaos, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 2-11-12

Ivan M. Poullaos
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL 60601
(312) 558-5600
ipoullaos@winston.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I, Krishnan Padmanabhan, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Date: 2/11/13

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700
kpadmanabhan@winston.com