IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AIP ACQUISITION LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-1690 (GMS) |
| | ) | |
| COMCAST CORPORATION, COMCAST | ) | |
| CABLE COMMUNICATIONS, LLC, | ) | |
| COMCAST CABLE COMMUNICATIONS | ) | |
| MANAGEMENT, LLC, COMCAST IP | ) | |
| PHONE, LLC, and COMCAST BUSINESS | ) | |
| COMMUNICATIONS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Comcast Defendants' Initial*

*Disclosures; and Comcast Defendants' Disclosures Pursuant To Paragraph 3 Of The Delaware*

*Default Standard For Discovery* were caused to be served on April 1, 2013 upon the following in

the manner indicated:

Richard D. Kirk, Esquire                            *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Karen J. Bromberg, Esquire                        *VIA ELECTRONIC MAIL*
Francisco A. Villegas, Esquire
Damir Cefo, Esquire
Joyce E. Kung, Esquire
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com

*Attorneys for Defendants Comcast*
*Corporation, Comcast Cable Communications,*
*LLC, Comcast Cable Communications*
*Management, LLC, Comcast IP Phone, LLC,*
*and Comcast Business Communications, LLC*

OF COUNSEL:

Michael L. Brody
Ivan Poullaos
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

April 1, 2013
6908351.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 1, 2013, upon the following in the manner indicated:

Richard D. Kirk, Esquire                            *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Karen J. Bromberg, Esquire                          *VIA ELECTRONIC MAIL*
Francisco A. Villegas, Esquire
Damir Cefo, Esquire
Joyce E. Kung, Esquire
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022


*/s/ Paul Saindon*

_____

Paul Saindon (#5110)