IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 12-1690 (GMS) |
| | ) |
| COMCAST CORPORATION, COMCAST | ) |
| CABLE COMMUNICATIONS, LLC, | ) |
| COMCAST CABLE COMMUNICATIONS | ) |
| MANAGEMENT, LLC, COMCAST IP | ) |
| PHONE, LLC, and COMCAST BUSINESS | ) |
| COMMUNICATIONS, LLC, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the *Comcast Defendants'*

*Disclosures Pursuant To Paragraph 4(b) of the Delaware Default Standard for Discovery,*

*Including Discovery of Electronically Stored Information* were caused to be served on May 28,

2013 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                        *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire                         *and FEDERAL EXPRESS*
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com

*Attorneys for Defendants Comcast*
*Corporation, Comcast Cable Communications,*
*LLC, Comcast Cable Communications*
*Management, LLC, Comcast IP Phone, LLC,*
*and Comcast Business Communications, LLC*

OF COUNSEL:

Michael L. Brody
Ivan Poullaos
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700

May 29, 2013
7229117.1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 29, 2013, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                    *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
Vanessa R. Tiradentes, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Karen J. Bromberg, Esquire                                  *VIA ELECTRONIC MAIL*
Francisco A. Villegas, Esquire
Damir Cefo, Esquire
Joyce E. Kung, Esquire
COHEN & GRESSER LLP
800 Third Avenue
New York, NY  10022


                                        */s/ Paul Saindon*
                                        Paul Saindon (#5110)