**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                        Plaintiff,<br><br>    v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>                        Defendants. | C.A. No. 12-1690-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on August 2, 2013, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S FIRST SET OF REQUESTS TO DEFENDANTS COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST IP PHONE, LLC, AND COMCAST BUSINESS COMMUNICATIONS, LLC FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-33)**; and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Paul Saindon
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

BY E-MAIL

Michael L. Brody
Ivan Poullaos
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

August 2, 2013

OF COUNSEL:

COHEN & GRESSER LLP
Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
800 Third Avenue
New York, New York 10022
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
(212) 957-7600

BAYARD, P.A.

/s/ *Vanessa R. Tiradentes*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff AIP Acquisition LLC*