# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                              Plaintiff,<br><br>      v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>                             Defendants. | C.A. No. 12-1690-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 6, 2013, copies of (1) **PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANTS (NO. 1)** were served as shown:

**BY HAND DELIVERY**

Jack B. Blumenfeld
Rodger D. Smith II
Paul Saindon
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

PLEASE TAKE NOTICE that, on December 6, 2013, copies of this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Paul Saindon
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY E-MAIL**

Michael L. Brody
Ivan Poullaos
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Andrew R. Sommer
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

December 6, 2013

OF COUNSEL:

COHEN & GRESSER LLP
Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
800 Third Avenue
New York, New York 10022
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
(212) 957-7600

BAYARD, P.A.

/s/ *Vanessa R. Tiradentes*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff AIP Acquisition LLC*

2