# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>COMCAST CORPORATION, *et al.*,<br><br>                Defendants. | C.A. No. 12-1690-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 3, 2014, copies of: (1) **PLAINTIFF AIP ACQUISITION LLC'S OBJECTIONS AND RESPONSES TO DEFENDANTS COMCAST CORPORATION, COMCAST CABLE COMMUNICATIONS, LLC, COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST IP PHONE, LLC, AND COMCAST BUSINESS COMMUNICATIONS, LLC'S SECOND SET OF INTERROGATORIES (NOS. 2-4)** and (2) this **NOTICE OF SERVICE** were served as shown:

**BY E-MAIL**

Jack B. Blumenfeld
Rodger D. Smith II
Paul Saindon
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899

**BY E-MAIL**

Michael L. Brody
Ivan Poullaos
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

Andrew R. Sommer
Winston & Strawn LLP
1700 K Street, N.W.
Washington, DC 20006-3817

Krishnan Padmanabhan
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193

January 3, 2014

Of Counsel:

COHEN & GRESSER LLP
Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
Maria Granovsky
800 Third Avenue
New York, New York 10022
kbromberg@cohengresser.com
fvillegas@cohengresser.com
dcefo@cohengresser.com
(212) 957-7600

BAYARD, P.A.

/s/ *Sara E. Bussiere*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff AIP Acquisition LLC*