IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIP ACQUISITION LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMCAST CORPORATION, COMCAST ) <br> CABLE COMMUNICATIONS, LLC, ) <br> COMCAST CABLE COMMUNICATIONS ) <br> MANAGEMENT, LLC, COMCAST IP ) <br> PHONE, LLC, and COMCAST BUSINESS ) <br> COMMUNICATIONS, LLC, ) <br> ) <br> Defendants. ) | C.A. No. 12-1690 (GMS) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), AIP Acquisition, LLC ("Plaintiff") and Defendants Comcast Corporation; Comcast Cable Communications, LLC; Comcast Cable Communications Management, LLC; Comcast IP Phone LLC; and Comcast Business Communications, LLC (collectively the "Defendants") jointly stipulate and agree that all claims asserted by Plaintiff against Defendants in this case shall be dismissed with prejudice. Each party is to bear its own costs.

<table>
<tr><td>

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
_____
Richard D. Kirk (#922)
Stephen B. Brauerman (#4952)
Vanessa R. Tiradentes (#5398)
Sara E. Bussiere (#5725)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff*

OF COUNSEL:

Karen H. Bromberg
Francisco A. Villegas
Damir Cefo
COHEN & GRESSER LLP
800 Third Avenue
New York, NY 10022
(212) 957-7600

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
psaindon@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Michael L. Brody
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600

Andrew Sommer
WINSTON & STRAWN LLP
1700 K Street, N.W.
Washington, DC 20006-3817
(202) 282-5000

Krishnan Padmanabhan
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700

Jude J. Andre
Dustin J. Edwards
WINSTON & STRAWN LLP
1111 Louisiana, 25th Floor
Houston, TX 77002
(713) 651-2600

</td></tr>
</table>

December 11, 2015